RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 09 2026

DANIEL J. McCOY, CLERK
BY: KW

P.1

Western District Court
Emile Hawkins Pro-se #290101
VS
Ryan Courville, Brandon Guillory, Eduardo
Mendoza, Brandon Guillory, John Doe
Staff Member of Jennings City Police Dept.
C. Broussard Etal

CASE:
Judge:

Civil Action of 1983 Complaint form
Pursuant to 42 U.S.C.
Motion To Proceed in Forma Pauperis
Pursuant to 28 U.S.C § 1915
Plaintiff Emile Hawkins states clearly
He Has Lawsuit pending in Western District
Court Section P, Date filed 6-16-2025.
Assigned to: James D. Cain Jr. "Judge"
Referred to: Thomas P. LeBlanc, Judge
Address of Plaintiff
Emile Hawkins #29 0101
J.D.C.C. Charlie #4
1530 Hwy 90 west, P.O. Box 863 Jennings, LA 70546

Address of Defendants
Jennings City Police Department, Ryan Courville
Brandon Guillory, Eduardo Mendoza, C. Broussard
John Doe Staff Member. City Police Dept. 110 North
Broadway St Jennings, LA 70546

P.2

Issue of Complaint of Violations
Miranda Warning Advise Rights. 4th Admendment
Right Search And Seizure Rights, 4th Admendment
Right Individuals Has the Right To Be Left
Alone Free From Government Interference,
5th Admendment Rights Privilege Against
Self-incrimination Police Officer interrogation
Before, Durning And After Handcuffing. Miranda
Warning Advise Need to Be Read Before
Citizen Answered A Single Question From
Police Officer. 4th Admendment Rights Citizen
in Louisiana Has the Right to Resist forcefully
An Unlawful Arrest. LA Cons. Art I Section 5
LA. Cons. Art I Section 9 LA Cons. ART I Section 13
LA.R.S.14:133 False Filing And Maintaining
False Public Records. LA.R.S. 215.1.A. Probably
Cause To Arrest An Individual in Louisiana
Citizen must Have Committed A Crime, or Has
Committed A Crime, or Crime was Being
Committed By Citizen.
        Hawkins states Evidence of Complaint can Be
Review By Body worn camera, Dash camera of
Car, Police Report of Police Report Call-Incident
only 4-10-25 10:30A.m to 7:30p.m. Camera is
Hawkins Exhibits. Statement of Complaint
page 2. Body Guard, Photo's, is Hawkins
Exhibits of proof of Claim. Forward To
This Court in good Faith. False Police Report

Civil Action 1983 Form 42 U.S.C.
Statement Of Complaints

On The 4-10-25 I Hawkins Between the Time 10:30A.m. To 1:00p.m walking on the streets Of Jennings, LA, Jefferson St. And Craig St. walking with my Bike, Lawn mower, weedEater, And Bag Tools Chain Saw. I Was At the Stop Sign, City Police Car was going westBound. City Police Department Ryan Courville Jump out of His Car And Told me To Stop Come Here. I Hawkins States Clearly I WAS NOT WARRANT By Police, NO WARRANT for my Arrest, I WAS Not Committing A CRime, NO CRime was Being Committed. Police Officer Ryan Courville RAN AND GRAB Hawkins. When Hawkins Refused To Talk Ryan Courville, And Being Question By Ryan Courville, Hawkins States in Louisiana His 4th Admendment Rights WAS Violated By Police Officers, Hawkins Has the Right To Refused An UNLAWfull ARRest in Louisiana, Individuals Has Right to Be free from government INTerference. Individual Has the Right to Resist forcefully an unlawful Arrest. Hawkins 4th Admendment Rights, And LA Cons Art 1 & 5 And LA.R.S. 215.1A, And LA.R.S. 14:133(A)3 false filing Public Records, Miranda Warning Advise Rights. Police Brut. 5th Admendment Right Privilege Against self-incrimination, Police Officer interrogation. Before And During or After Handcuffing. Miranda Rights need to Be Read Before He Answered A Single Question from Police Officers, 4th Admendment Search And Seizure Rights

P.4

Hawkins personal property was search without search warrant and probably cause and rights being read to Hawkins before his personal property was search. Hawkins Miranda rights was not read to Hawkins by police officer Ryan Courvillie. Hawkins on 4-10-25 All his Louisiana Constitutional rights was violated by police officer of Jennings, LA., and committed Neglect of Duty, Police falsified public records, Performance of Duty.

Hawkins states Here for Exhibits of Proof

Photo HTTPS://App.Box.com/s/exHLm3dmtyaNq5 Scwymll372 o5gNKduk

PHOTOS
WATCH GUARD

WATCH HTTPS://App.Box.Com/s/Vqmail6g257ekstx
GUARD CjQBy5h3ywQg7Aeex

LA. Cons. Art 1 Section 5 protect Individuals from unreasonable search and seizure at the hands of Law Enforcement. Louisiana Probably cause 215.1(A) Hawkins has the Right to Resist an unlawful arrest in the state of Louisiana on the streets

4th Amendment rights Search and seizure rights must be read with his Miranda rights before search of his personal property because police officer question citizen was during and before search can be done. On 4-10-25 Between 10:30 Am to 1:00 p.m., no rights was read to me.

Hawkins on 4-10-25 Between Hours 10:30 A.M. To 11:00 P.M. Hawkins was Arrested On Scene By Police car Units 44, 39, 75 And 36, R.S. 14:133 Filing False Public Records or Maintaining False Public Records. On Police Call in Incident Report on 4-10-25 Dispatcher C. Broussard States clearly Police Cars 44, 39, 75, And 36 All Police car was on the crime "on scene" at the Corner of Jefferson St And Craig St. On Scene At p.m. Time, 19:26 or 7:26 p.m. Jennings LA, Approved Incident Report, Time Signah 19:26 p.m. Begin Date 4-10-25 Begin Time 19:27 p.m. End Date 4-10-25 End Time 20:28 Completed, C. Broussard File into the 31st J.D.C District Attorney Lauren Heinen, City Police Call-in-Incident Report All Police Officers on Report states the Same Things On crime scene At 19:27 p.m. or 7:27 p.m. Police Unit 44, 39, 75 And 36, And Dispatcher All File False Public Record into the Court House, 31st J.D.C. Exhibits of Police Dash Camera, Body worn Camera, And City Police Station Surveillance Camera Outside And Inside Holding Cell on 4-10-25. From 10:30 A.m. To 23:00 p.m. will Reveal proof of Hawkins complaint of police officer false Filing public Records of Police Report in the 31st J.D.C. All Police Car Unit was On Scene Arresting Hawkins on the Corner of Jefferson St.

p.6

And CRAIG ST. JENNINGS LA Time of HAWKINS Arrest on 4-10-25 WAS Between 10:30 Am. To 1:00 p.m. All police could have not call DISPATCHER At No 19:26, 19:27 p.m. 7:27 p.m, Because HAWKINS WAS iN the Holding cell inside City Police Station AT 19:27 pm. All 4 police cars Unit could not been on scene ARResting HAWKINS As DispAtcher C. BROUSSARD file Police stAting All 4 unit call police StAtion AT 19:27 p.m. OR 7:27 p.m. ON 4-10-25 WAS False Report file iNto 31st J.D.C. EXHiBits Of Police Body WORN CAMERA 4-10-25 Time 10:30 A.M To 23:00 p.m. will prove Time of ARrest why police officer DispAtcher file False ReCord KNowNiNg No police CAR UNit 44, 39, 75, And 36 NONE Of THem call police StAtion from the corner of Jefferson ST And CRAIG ST At 19:27 p.m 7:27 p.m ARResting HAWKINS, HANDcuffing HAWKINS, Searching HAWKINS perSonAl property, MiRANdy WARNiNG Advise Right Read To HAWKINS HAWKINS WAS iN the City Police Dept iN a StRAp DowN CHAiR, HANds ANd Legs City Police StAtion Holding Cell CAMERA will Also prove HAWKINS WAS NOT ARRested at No 19:27 or 7:27 p.m. on the corner Jefferson ST ANd CRAiG ST. THis can see False police Report HAve BeeN file iNto the Courts oN HAWKINS By police officers

P.7

on 4-10-25, upon This matter at Hand Courts can see police officers violated All Hawkins constitution Rights in Louisiana.

Hawkins was grab By Police Officer on The corner of Jefferson St and Craig St, on 4-10-25 Between the Hours 10:30 Am To 1:00 p.m. Body worn Carmera and Police Car Dash Camera. will prove Police officer Ryan Courville Jump out His Car Question Hawkins, order Hawkins to stop Don't move" LA. R. S. 213. (A) Probably Cause to Arrest A Citizen, He must Have Committed A Crime, or A crime was Being Committed at Time of Hawkins Arrest, or Police officers Ryan Courville Had A Warrant for Hawkins Arrest, police Did not Have A Warrant for Hawkins Arrest, police officer Courville violated Louisiana "4th Amendment Rights Search and Seizure 4th Admendment Right Citizen in Louisiana Has the Right to Resist Any Unlawful Arrest. individuals Has Right to Be free from government Interference in the State of Louisiana. 5th Admendment Rights Privilege Against Self-incrimination Police officer Interrogation Before And During, And After Hand Cuffing Miranda Warning Advise Need To Be Read Before Citizen Answered a single Question from Police officer on 4-10-25 on police Ryan Courville Admited He Jump out of His car To Make Hawkins Question, Then after Handcuffing

P. 8

Handcuffing Hawkins, Miranda Right was Still Not Read To Hawkins, while Hawkins was in The police car, Police Officer Courville Search Hawkins personal property of Tool Bag, without Search warrant, or without Probably cause 315.1 (A) Violations of 4th Amendment Search And Seizure Rights, Police Courville Search Hawkins Tool Bag Found Gun, Then came Back To the police car, Asking Hawkins Question About where the Gun come from, Hawkins was Being Question without His Rights Being Read To Him?

In Police Report Police Courville State He Stop Hawkins Because in the City, Jennings LA They Had A lot of theft, That what He States He Stop Hawkins for And Question Hawkins Behind Stolen Items, which will Be proven is a false Statement in Report, on-4-10-25 Jenning City Police Station while Officer Courville was Taking Hawkins out the car, police Courville Stated To Hawkins The Reason He Stop Hawkins was Because He seen a Bang Hanging from His pocket, That was His Reason for Pulling His car over And stoping Hawkins Because of the Bag He seen Hang from Hawkins, Now why police Courville wrote In police Report He Stop To Question Hawkins Because of stolen Tools In the city of Jennings, LA

Pg.9

Police Officer Ryan Courville still violated Hawkins Right on 4-10-25, Police Courville File False Public Records LA R.s. 14:133, In police report He states He stop Hawkins Because of stolen tools, Then when taking Hawkins out of police car at police station in Jennings, LA, police Courville Tell Hawkins The reason He stop Hawkins for Because He seen a Bag Hanging from His pocket, police Courville wrote False statement on police report He did not stop Hawkins and Question Hawkins About stolen tools, OR police Courville Question Hawkins without Reading His Miranda Rights To Him, police Courville Question Hawkins on the street Before Handcuffing, and After Handcuffing in police Car, without Reading Hawkins His Right Miranda warning Advice Rights, Police Courville on police report Tell you He did Advice Hawkins of His Rights until 2:00 Hours P.M, Hawkins Handcuff By police officers on 4-10-25 Between 10:30 A.M to 1:00 P.M, why Hawkins Rights was not Read To Him when police place Handcuff on Hawkins, why police Courville Question and Kept Questioning Hawkins in police Car without Reading His Rights To Him, He state in police Report He Question over and over in police Car

P.10

Police Courville Violated All Kind of Louisiana Constitutional Right on 4-10-25, Louisiana LA.R.S. 215.1(A) Clearly states. Terry Stop a person in a Public place but on He Reasonably Suspect is committing, Has committed or is About to commit An offense. police Courville States He Stop Hawkins for to Question Him on Stolen Tools, In police Report He Never States Hawkins Did or committed any crime on 4-10-25. police Courville pulled His car over To Stop to Question Hawkins About Stolen Items He State In police Report. police Courville Never States in Report Hawkins committed A crime for His. When Hawkins Refused To Talk, police Courville He Grab Hawkins And places Hawkins In Handcoff. In Louisana Hawkins Has Rights To Refused Unlawful Arrest. It is Hawkins 4th Amendment Right that Has Been Violated By police officers, upon that His 4th Amendment Right Search And Seizure Right, no Search warrant To Search Hawkins personal property on 4-10-25 Between 10:30 A.m. To 1:00 p.m., Hawkins was place in police car Handcoff And His personal property. Search By Courville, He Had No Probably cause To Search property LA.R.S. 215.1(A) upon personal property Being Search By police Courville. His Rights was not Read To Him for police Courville To Search

P.11

Hawkins property on 4-10-25 10:30 Am To 1:00 p.m. on Corner Jefferson ST. And Craig ST. Hawkins Rights was not Read To Him Before property was Search, Police Courville Questions Hawkins in Car Different Times, on Police Report Hawkins Tell Officers Courville To Stop Harrising Him leave Him Alone, on Record It Can be shown Throughout the year 2024 To 2025 Officer Courville Arrested Hawkins 5 Times Use it up All The Time, Body worn Camera will prove All False Arrest made By Officer Courville will be Proven, Exhibits of Hawkins Arrested By City Police Officer Courville 5 Times Between 2024 To 2025 But Officer Courville Never Found A Crime on Hawkins To Arrest. Record of Hawkins Arrest by Officer Courville Body worn Camera From 2024 To 2025. Each Time He use A Excuse To Stop Hawkins. on 4-10-25 Hawkins Cursed At Officer Courville. Because He was Tirred of Officer Courville Stopping Him To Search. Officer Always use Someone Call But Never Show Proof. Exhibits: Records of 2024 To 2025 Body worn Camera of Officer Courville Stop Hawkins 5 Times Violating the L.A.C. Cr. P. 215. 1 (A) Hawkins Never Committed a Crime 5 Times of

P.12

Officer Courville Attemed Arrested on Hawkins, Always trying to give Hawkins a charge. Terry stop Hawkins 5 time Always using up He looking for someone Record of city police Dept. in Jennings LA will show proof Hawkins Been Stop 5 times By officers Courville, 4th Amendment Rights Been Being Violated By officer Courville From 2024 to 2025. Now He work as a staff member Around Hawkins in J.D.C.C. 1530 Hwy 90 west Jenning, LA. 70546, He works a Jailer in J.D.C.C. on 1-25-26 officer Courville Body Worn Camera at J.D.C.C. will prove what officer Courville state to Hawkins.

## Relief Desired

Hawkins pray to this court for money damage Against Each Defendant for Violating All Louisiana Constitutions Right of 4th 5th 8th 6th And 14th Amendment LA.R.S. 14.133a And LA.R.S. 215.1A. This court award Him $20,000 Dollar Against Each Defendant for Violations of His Rights in Louisiana Miranda Rights $10,000 Dollar, or Any Deems court Award Hawkins with in this Law suite. Submitted By Emile Hawkins