RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 09 2026

BY: _____
DANIEL J. McCOY, CLERK.

My HEAD Letter To Clerk of Court
Mr. Shaw
In good Faith

Dear, Mr. John M. Shaw                    1-30-26
5:50AM

I'm Forwarding you A Hand-
Written 1983 Form Pursuant to 42 U.S.C.
I Have a Suite that Have Been filed
6-16-2025. I'm praying this Court
my motion To Proceed in Forma Pauperis
Is Still good in W.D.F.C. 6-16-2025
Case: 802170 is Still Pending in your Court

Mr. John M Shaw I'm Asking
you Mr. Shaw in prays of good Faith
Can you forward me A Post Conviction
Relief. Please! I Need A Post Conviction
Form! Real Bad. 31st J.D.C. Want send me
one to file on my conviction. My Lawyer
Robert Lounsberry was Bar in Louisiana
So He is unable To file my Post Conviction
Relief Form, For me. Or Mr. Shaw
Can you Forward me Writ for Habeas
Corpus. Relief. So I Can file on my
Convictions, But Mr. Shaw Please!
For me A Writ of Habeas Corpus Pursuant
To 28 U.S.C. §2254 To file on my Post
Conviction Relief that out of time. My
Lawyer was Bar To Practice Law. By
Louisiana Bar Association. I Pray The Court
Except my Handwritten 1983 Form. I
Try My Best. Thank for your Time Submitted
And Attention To this matter Emile Hawkins
By