Emile Hawkins #290101
Charlie #4 J.D.C.C.
1530 Hwy 90 West
P.O. Box 863
Jennings, LA 70546

CLEARED FOR DELIVERY
X-RAYED

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 0 9 2026

DANIEL J. McCOY, CLERK
BY: _____ KW

Legal Mail

W.D. of LA
Western District Federal Court
Clerk of Court
John M. Shaw
United States Courthouse
Suite 2100
800 Lafayette St.
Lafayette, LA 70501
2026
Black Lives Matter J.D.C.C.
Freedom Rights

UNITED STATES
OF AMERICA
FOREVER/USA

26-cv-0417 Sec P