**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**EMILE HAWKINS #290101**                         **CASE NO.  2:26-CV-00417 SEC P**

**VERSUS**                                                        **JUDGE JAMES D. CAIN, JR.**

**RYAN COURVILLE ET AL**                         **MAGISTRATE JUDGE LEBLANC**

**MEMORANDUM ORDER**

Before the court is a complaint filed on February 09, 2026.  Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $405.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $405.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

Plaintiff has failed to submit the complaint on approved forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF PLEADINGS.  **Plaintiff must submit the complaint on approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 20th day of February, 2026.

_____
Thomas P. LeBlanc
United States Magistrate Judge

w/Enclosures to plaintiff: Civil Rights Complaint form & IFP application