

Emile Hawkins #290101
A/PA #2 J.D.C.C
1530 Hwy 90 West
Jennings, LA 70546

Legal Mail

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 17 2026

DANIEL J. McCOY, CLERK

BY: _____

W.D. 7.Co
Clerk of Court
Suite 1167
300 Fannin St.
Shreveport, LA 71101-
3083

X-RAYED