26-cv-0417

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 0 6 2026

DANIEL J. McCOY, CLERK

BY:_____

Dear, Clerk of Court                                    3-28-26

My I Plead your Court, I need copies of my Papers I'm forwarding to your Court, over here it is Hard to get copies of your Legal Paper, so I'm asking in prayer to the Court copies of my Papers I forward to the Court, Staff member Don't like to make me copies I Request for copies Be Denied, Electronic filing, I give this Court my Consent to my electronic filing so Courts Can see. I File A my Request But Receive No Answer

Back on Electronic Filing, All my Request Be Denied A.R.P. By Staff member at J.D.C.C. Warden Don't get A Chance To Review your A.R.P. Paper on Electronic Filing They Denied IT see my Electronic Filing for any Proof Court Needs, Every Thing is Done Electronic Filing I Ave This Court Consent To see my Document. Poli+ PRoGRAM. Thank you for your Time And Attention To This Matter     Submitted By
Emile How Stone