

Emile Hawkins
A#2 J.D.C.C.
1530 Hwy 90 West
P.O. Box 863
Jennings, LA 70546

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 0 6 2026

DANIEL J. McCOY, CLERK
BY: _____

Legal Mail

BATON ROUGE LA 707

1 APR 2026 PM 1 L

W.D.F.C.
Western District Court
Clerk of Court
300 Fannin St.
Suite 1167
Shreveport, LA 71101-3083

X-RAYED!

71101-308399