

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**Tom Stagg United States Court House**
**300 Fannin Street, Suite 1167**
**Shreveport, Louisiana 71101**
**318-676-4273**
**www.lawd.uscourts.gov**

Dear Sir or Madam:

We have your recently submitted request which was received on April 06, 2026.  It was unclear as to your request  Enclosed is a one-time courtesy copy of your last filing of 04/06/26 along with your docket sheet.  However, our office is unable to provide the information that you seek for the reason(s) indicated below:

- The court charges for copy work requests.  Even if you are granted *in forma pauperis* status, you must pay for your copies ($0.50 per page) in advance, or there must be an order signed by a judge directing us to provide copies to you at no cost.  **The cost for your copy request is $11.00.**  If you are requesting certified copies, an $12.00 additional fee per certified document must be submitted.  An itemized listing of your request is as follows:

| Case No. | Doc No. | Document Title/Description | Pages |
|---|---|---|---|
| 26-cv-0417 | 1 | Deficient Complaint | 12 |
| 26-cv-0417 | 4 | Complaint | 10 |
| | | TOTAL NUMBER OF PAGES: | 22 |

Please either:
1. Return your request, this letter, and payment to us at the address above, and we will provide the copies to you, or
2. You may make your payment **online** by going to https://www.lawd.uscourts.gov/fees-and-online-payments.  You will then be taken to a secure online payment form.  Once you complete the online form and payment is confirmed, we will provide the copies to you.

We are returning a copy of your request with this correspondence for your future reference.

Sincerely,

DANIEL J. McCOY, Clerk of Court

BY: s/MH _____
            Deputy Clerk

Enclosure