

Emile Hawkins
A#2 J.D.C.C.
1530 Hwy 90 West
P.O. Box 805
Jennings, LA
70546

X-RAYED
CLEARED FOR DELIVERY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 2 4 2026

DANIEL J. McCOY, CLERK

BY: _____

Legal Mail

Western District Court
Western Dest. of La. Sec P
Judge Thomas LeBlanc
Suite 2100
800 Lafayette St.
Lafayette, LA 70501