Emile Hawkins
A*2 J.D.C.C.
1530 Hwy 90 West
P.O. Box 863
Jennings, LA 70546

**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 0 4 2026

DANIEL J. McCOY, CLERK
BY: _____ KW _____

Legal Mail

Judge: Cain JR.
Judge: Thomas LeBlanc sec.p
Western District Court
suite 2100
800 Lafayette St.
Lafayette, LA 70501

X-RAYED
CLEARED FOR DELIVERY

7050136800 C044

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

FSC
MIX
Envelope
FSC® C137131