Emile Hawkins Pro Se        Western District Court

VS.        #2:26-CV-00417 Sec P    Judge: Cain Jr.

Ryan Courville, Men Dora Edardo        RECEIVED    P. Le Blanc
U.S. DISTRICT COURT
BRANDON Guillory, C-DROUSSARd ETAl        WESTERN DISTRICT OF LOUISIANA
MAY 07 2026        1Pg

Order

MeMoRandum Order        DANIEL J. McCROY CLERK

Motion To Show Cause for MeMoRandum Order
And Motion For Court Order Chief Of Police Danny
Semmes And Clerk Of City Of Jennings, Also
Name Defendant's, Ryan Courville, Men Dora Edardo
BRANDON Guillory, C-BROUSSARd ETAl, City Police Staff
Member 110 N. BROAdway Jennings LA 70546, SHAll
Produce Copies Of Any è All Electronic, Body worn
Camera, Dash Car Camera Unit 44, 39, 36, 75, City
Police Station Out Side è Inside Surveillance Camera's
Holding cell, ON April 10, 2025 Time Of Arrest 10:30A.m.
To 19:27p.m. Of Emile Hawkins Arrest By Police
OFficers.

It is Futher Ordered "Motion ReQuest For
PRoduction Of Document Pursuant To Federal Rule 34
Now into Court Comes through undersigned Pro-se
Plaintiff, Emile Hawkins Comes Respectfully Inform
This Honorable Court, this Court HAS Authority to
Order Defendants to Respond To Emile Hawkins Pro-se
Motion To Show Cause, To Provide Tangible Documents
Of Emile Hawkins Arrest on 4-10-25 Time 10:30A.m
To 19:27p.m. SHAll Produce Documents To Emile
Hawkins A#2 J.D.C.C, 1530 Huy 90 West, P.O.Box 863
Jennings, LA 70546 Copies Of All Electronic

Documents, It is Further Order 5th #11 Produce Document Of Any & All Electronic Document of Emile Hawkins Arrest 4-10-25 Time 10:30 A.m. To 19:27 p.m. Shall Produce To Western District Court Sec. P #2:26-CV-00417, Judge Thomas LeBlanc & James D. Cain JR Suite 2100, 800 Lafayette St, Lafayette, LA 70501, Shall Comply with in 30 Days of this Memorandum Order. State Vs. King 340 So3d 754, State Vs. Pilot 318 So3d 700 Motion Shall Show Cause Of Emile Hawkins Arrest On 4-10-25 Time 10:30 A.m. To 19:27 p.m. On Scene Hawkins Miranda Warning Advise Right Read To Him By Police Ryan Courville, Before And During the Express Questioned Took placed in the Back seat Of Police Car where Hawkins was Handcuff On Scene, Hawkins was Not Advised Of His Miranda Right prior To Express Questioning On Scene, Hawkins was in Custodial Interrogation Necessary that Trigger A Miranda Warning At the Time Of Questioning On Scene By Police Courville, Hawkins was Handcuff And not free To Walk away, On 4-10-25 Police Report written By Police Courville States clearly He Question Hawkins in Back Seat of Car, He Ask Hawkins Questioning over and over Hawkins Refused To Answer Police Courville Question, Hawkins Has A Right to ignore the Police Florida Vs. Royer 460 U.S. 491, 498, 103 S. CT 1319 1324 75 L. Ed. 2d 2201 4th Amendment Right Demands that when An Officer Lack Reasonable suspicion To Forcibly Stop An Individual, that individual, need not Answer

Any Question Put to Him, In Deed Hawkins **2pg** may Decline to Listen to the Questioning By Police Officer At Any Time, And may go on His Way But Hawkins was not Free leave After Brief Questioning Police Courville Had no probable Cause to Detained Hawkins of a Terry Stop, Police Courville Violated L.A.R.S. 215.1 Probable Cause, Shall Police Courville Produce To The Court, Police Courville Did not observe Any Criminal Activity And Had Not Received Any Police Report Of Criminal Activity Of Hawkins At the Time Of the Initial Stop. There was no Reasonable suspicion Of Any Crime Being Committed In Police Report By Hawkins This was An illegal Stop, The Fruit Of the Poisonous Tree. In Police Report 4-10-25 Hawkins is Not A Victim Of A Crime, That the Police Courville Could go into Hawkins Pocket exceeded the scope of His Authority. Under Terry Stop, And its progeny At The Time, No weapon Resulted From Hawkins Body Pat Down. Hawkins was Detained Immediately, Which Trigger the protection provided By Miranda Rights

~~It is Further Ordered~~ Police Report on 4-10-25 States Clearly Hawkins Miranda Rights was Read To Him At 22:00 p.m. At Night in The City of Jennings Police Station. 1W.N. Broadway Jennings, LA 70546. This Clearly States Hawkins Rights was Not Read Onscene On the Corner Of Jefferson St. And Craig St. Jennings, LA The Time He was Handcuff And Questioned By Police Courville, Hawkins Rights was Between 10-12 Hours After Police Courville Question

Hawkins in Back Seat of Car, STATE VS BRANNON TRAHAN 353 902169 It is Further Ordered Shall Produce Document of Any & All Electronic Document of Search of Hawkins Personal Property Belongings on 4-10-25 Louisiana Constitutional protects A Citizen Right To PRIVACY, Both the United States And Louisiana Constitution Prohibit unReasonAble Searches And Seizure And A Warrant Based upon Probable Cause II Normally Required for such A Search To Be Conducted. No Rights was to Hawkins Read Before Search of property, Police Courville Should Have Read Hawkins His Right on scene, Before And During Terry Stop, LA.R.S. Article 703(d) Exigent Circumstances Search And Seizure made without A Warrant Issued on prior Approval By A Judge or MAGISTRATE are per-se unReasonable, And Violative of a Citizens Rights under the 4th Amendment, Shall Defendant produce Search Warrant To Search Hawkins property On scene Shall produce Right Read To Hawkins Before or During Search of His personal property Belongings, No search Warrant was given To Hawkins on scene on 4-10-25 Police Courville Search Hawkins Tool Bag without A Warrant, And without Probable Cause LA.R.S. 215.1(A) No crime was Committed By Hawkins on the corner of Jefferson ST. And CRAIG ST Jennings, LA. No Rights was Read To Hawkins Before, After, or During Search of Hawkins property. No Probable Cause Existed for Hawkins Arrest or property To Be Search, No crime was Committed By Hawkins Before Terry Stop

Police C-Broussard Know He Didn't Received no
Call From 4 police unit cars, Dash Camera out of
Car will prove Police Did Not Stop Hawkins At
19127 p.m. Bodyworn Camera footage will prove
proof of false record. Time of Hawkins Arrest
Time of offence, Time of Arrest, and location
If Hawkins was on scene At 19:27pm. Being
Arrested By Police At 19:27pm. on the corner of
Jefferson St. And Craig St. Jennings LA on
4-10-25 Police Report And records was false falsely
on 4-10-25

## Order

Where fore, Hawkins Pray that this **Court**
Grant Motion To Show Cause for Memorandum
Order for Defendants To Produce Any & All
Electronic Body worn Camera, Dash Car
Camera, City Police Station Outside And inside
Surveillance Camera Holding Cell on 4-10-25
Shall Produce copies To Emile Hawkins
At 2 J.D.L.C. 1530 Hwy 90 West P.o. Box 863
Jennings, LA 70546, And copies To W.D.F.C.
Judge LeBlanc And Cain Jr. Sec P. suite 2100
800 Lafayette St  Lafayette, LA 70501
Let the foregoing Motion And Order
Here By Fixed for Hearing. In the
W.D.F.C. DAY of _____ 2026 At ____
____ O'Clock ___ m.
        Thus Done And Signed this _____ Day of
_____ 2026                      Submitted By
        DATE  Judge          Emile Hawkins

ON 4-10-25 Time 10:30A.m To 19:27 no crime **3P9** WAS Committed By Hawkins

STATE VS. BRANDON TRAHAN 353 SO.2d 699

Motion To Show Cause IT is Further Ordered THAT City Of Jennings "Call for Service" Dispatcher C-BROUSSARD Shall produce Any & All Electronic Body worn Camera, Dash Car Camera police unit 36, 44, 75, And 39 on scene AT 19:27 p.m. on Corner Jefferson ST And CRAIG ST Jennings, LA Stopping And Arresting HAWKINS, Police Courville Arrested Hawkins on 4-10-25 Between 10:30 A.m To 4:00 p.m, Police Courville file false Public Records stating He WAS on scene AT 19:27 p.m Arresting HAWKINS, Police Dispatcher C-BROUSSARD Stated ALSO Call for Service" He Took Calls from police unit 39, 36, 75, And 44. 19:27 p.m. All police Stated They were on scene Arresting Hawkins 19:27 p.m on the Corner of Jefferson ST And Craig ST Jennings, LA, LA. R.S. 14:133 Filing False Public Records Depositing for Records in Any Public Office or with Any Public Official on the Maintaining As Required By Law Regulation or Rules with Knowledge of its falsity

1. Any Forged Document
2. Any Wrongfully Altered Document
3. Any Document Containing False Statement or False Representation of A Material fact

On 4-10-25 City Police, Dispatcher C-BROUSSARD "Call for Service" file False Public Records C-BROUSSARD Stated He Received Calls from 4 police Unit 44, 36, 39, And 75. AT 19:27 p.m.

Please Forward me copies Back of Motion They Refused to give me copies over Here J.D.C.C Thank you

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 07 2026

DANIEL J. McCOY, CLERK
BY: _____

Dear, Judge LeBlanc & Cain    Sec P

26-cv-0417 Sec P

I'm Forwarding This motion To your W.D.T.C To Be File Into the Record, I Hawkins Ask In prays THAT upon me sending you this Motion, I Need copies sent BACK To me, This Correction Center Refuse To give me copies of my Legal mail I prepare By myself, They me If the papers Dont come from the court They will not give me copies. So I Ask Both Judges, To Forward me copies of This Order Memorandum Order Be sent To me, Thank For your Time and Attention To this matter.

Submitted By
Emilie Hawkins