Emile Hawkins
A#2 J.D.C.C.
1530 Hwy 90 West
P.O. Box 883
Jennings, LA 70546

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 07 2026

BY: _____
DANIEL J. McCOY, CLERK

CLEARED FOR DEPT

X-RAYED

BATON ROUGE LA

6 MAY 2026 AM 2 L

USA FOR



W.D.7.C.
Judge Thomas Leblanc
Judge James D. Cain Jr
Suite 2100
800 Lafayette St.
Lafayette, LA 70501

70501-680099

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

VELO