RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 19 2026

DANIEL J. McCOY, CLERK
BY:_____

Emile Hawkins Pro-Se    CASE: 26-CV-00417
     VS.                    Judge: CAIN JR
Ryan CourVille, ETAI        Judge: LeBlanc

5-14-26

Dear Judge, LeBlanc, CAIN Jr.
    I'm Forwarding This Letter Concerning my case At Hand, I Pray To This court That This motion To Amend Complaint Civil Procedure Federal Rule #8, Be granted into your court, Also Like To Inform This court I'm not A Lawyer, I Have To Read Law Book And Try To DO As this court order me To Do, I Have All Knowledge Of the Law, But I will Try To Understand the matter, In my cases In this Federal Court is How Thing Happen To me, They Have Camera in Both matter of my claim To produce this court with proof But it is Hard For me To get their camera so This court can see The Punishment I Received in Jennings, LA Jefferson Davis Parish, If can send your court of Body worn camera, And other Camera, This Federal Court will See my constitutional Right Have Been Violated And I suffer Real pain Broken Teeth out my mouth, since my Arrest 4-10-25, I Been Violated of my Right

Submitted By Emile Hawkins