Emile Hawkins
A#2 J.D.C.C,
1530 Hwy 90 west
P.O. Box 863
Jennings, LA 70546

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 19 2026

DANIEL J. McCOY, CLERK

BY:_____

W.D. Fac,
Judge, LeBlanc & Cain Jr.
Suite 2100
800 Lafayette St.
Lafayette, LA 70501

BATON ROUGE LA 707

16 MAY 2026 AM3 L

X-RAYED
CLEARED FOR DELIVERY

70501-686525