26-cv-0417 Sec P

Western District Court

P.1

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 0 5 2026

DANIEL J. McCOY, CLERK
BY: _____

Plaintiff
Emile Hawkins Pro-se

Motion For Request Petition For Writ Of Habeas Corpus in Federal Court Pursuant To 28 U.S.C. Section 2254, I Plaintiff in Need of Form of Habeas Corpus, To File, For Out Of Time, Post Conviction Relief Form, I Hawkins States I Ask the 31st J.D.C. In Jennings, LA, For Form I was Denied of Post Conviction Form By the Court,

My Lawyer was Bar, Mr. Robert Lounsberry SR, He was Bar By the Louisiana State Bar, Mr. William King.

Since My Lawyer, was Bar, He Did not File my Post Convictions Relief in the Court May 31, 2023. So I Have To Try To File my Own Habeas Corpus Form, So I'm Asking This Federal Can They Forward me, The Form of Post Conviction Relief Form, on Habeas Corpus Form, I Need To File on my Case, on Newly Discovery Evidence upon my Criminal Matter, Aggravated Second

P.2

Degree Battery in the 31st J.D.C. Case Docket CR-1102-22,

Hawkins pray to this Court He Be Forward forms, To File His Post Convictions Relief.

Thank your for your Time And Attention to this matter.

Motion for Reques for the Clerk Of Court, for 15 Subpoena Dyces Tecum Form, To Be Sevre To Defendant in Name Lawsuit. in federal court.

Thank the Clerk of Court If the Send me the Name List Documents, Habeas Corpus, And 15 Subpoena Dyces Tecum I Pray I Be Forward Request Documents By federal Court

Submitted By
Emile Hawkins
6-2-26