

Emile Hawkins
A2 J.D.C.L.
1530 Hwy 90 West
P.O. Box 863
Jennings, LA 70546

Legal Mail

W.D.7.C.
Clerk Of Court
800 Lafayette St.
Suite 2100
Lafayette, LA 70501

BATON ROUGE LA 707

4 JUN 2026   AM 3  L

USA FOREVER

X-RAYED
RED FOR DELIVERY

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUN 0 5 2026

DANIEL J. McCOY, CLERK

BY:_____

70501-686525