**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **EMILE HAWKINS** | **DOCKET NO. 2:26-cv-00417**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RYAN COURVILLE, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# ORDER

On February 9, 2026, plaintiff Emile Hawkins filed a civil rights suit pursuant to 42 U.S.C. § 1983. Doc. 1, as corrected by doc. 4. He is proceeding *pro se* and *in forma pauperis*. Doc. 6. He has since filed three Motions to Amend Complaint [docs. 7, 11, 13] and a Motion to Show Cause [doc. 12] that are pending before this court.

## I. Motions to Amend Complaint

Federal Rule of Civil Procedure 15(a)(2) applies and states that the Court "should freely give leave when justice so requires." "However, it is by no means automatic." *Addington v. Farmer's Elevator Mut. Ins. Co.*, 650 F.2d 663, 666 (5th Cir. 1981). "[T]he decision to grant or deny a motion for leave to amend lies within the sound discretion of the trial court." *Id.*

The court will exercise its discretion and **GRANT** Plaintiff's Motions to Amend [docs. 7, 11, 13], allowing the amended complaints to be filed into the record. However, <u>no additional filings will be allowed unless and until ordered by the court following its initial review of Plaintiff's complaint, as amended.</u>

## II. Motion to Show Cause

Through his Motion to Show Cause [doc. 12], Plaintiff seeks production of a multitude of documents; electronically stored documents; and body, dashboard, and jail surveillance camera footage from Defendants. Although not specifically labeled as such, this motion is akin to a

discovery request. As this action remains on initial review pursuant to 28 U.S.C. § 1915A and § 1915(e)(2), discovery is not necessary or appropriate at this stage. Accordingly, Plaintiff's Motion to Show Cause [doc. 12] is **DENIED** as premature, pending this court's initial review of Plaintiff's complaint on the merits. Should the matter proceed past initial review, Plaintiff will have the opportunity to conduct discovery in accordance with the Federal Rules of Civil Procedure.

## III. CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's Motions to Amend [docs. 7, 11, 13] are **GRANTED**. The Clerk of Court is directed to file Plaintiff's Amended Complaints [docs. 7, 11, 13] into the record. Plaintiff, however, may not file any additional amended complaints unless and until ordered by the court following its initial review of Plaintiff's complaint, as amended.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Show Cause [doc. 12] is **DENIED** as premature.

**THUS DONE AND SIGNED** in chambers this 19th day of October, 2026.

**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**